T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855

*Attorney for Defendant Mary Green*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARY GREEN<br><br>  Defendant. | CASE NO.:   2:16-CR-0032-JCM-GWF |

**DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL**

COMES NOW, Defendant, MARY GREEN, and hereby respectfully requests that this Honorable Court issue an Order granting Defendant leave to travel outside the state of Nevada to Phoenix, Arizona, to be present at a court hearing involving the adoption of a child with her partner for one night, beginning on August 28, 2016 and returning August 29, 2016. (*See attached itinerary*)

Defense counsel has spoken to both AUSA Kimberly Frayn and Defendant's Pre-Trial Services Officer, Kamu Kapanui regarding the instant request and has supplied her travel itinerary related to the same. AUSA Frayn and Pre-Trial Services Officer Kapanui have no objection to said request.

DATED this 17th day of August, 2016.

/s/ T. Louis Palazzo
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street
Las Vegas, Nevada 89101

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 17th of August, 2016, I served an electronic copy of the above DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL to all parties of record, *via* CM/ECF.

/s/ Celina Moore
An Employee of Palazzo Law Firm, PC

## Upcoming Travel Plans for Mary Green

 You're receiving this e-mail at the request of the purchaser, Passenger, or individual responsible for making the travel arrangements below. This is a one-time communication, and you will not receive further e-mails from Southwest Airlines without your consent.

 AIR Itinerary

### AIR Confirmation: BZHMFE

**Passenger(s)**

GREEN/MARY

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Aug 28 | 1208 | Depart **LAS VEGAS, NV** (LAS) on Southwest Airlines at **1:40 PM**<br>Arrive in **PHOENIX, AZ** (PHX) at **2:50 PM**<br>Travel Time 1 hrs 10 mins |
| Mon Aug 29 | 1678 | Depart **PHOENIX, AZ** (PHX) on Southwest Airlines at **8:10 PM**<br>Arrive in **LAS VEGAS, NV** (LAS) at **9:15 PM**<br>Travel Time 1 hrs 5 mins |



Dear Mary, your reservation is guaranteed and all paid for.

 **Manage booking**

 **Print receipt**

 **Book again**



**Sheraton Crescent Hotel**

2620 W Dunlap Ave
Phoenix
85021
AZ
US

+16029438200



| | |
|---|---|
| Hotels.com confirmation number | 131749806396 |
| Check-in | Sunday, August 28, 2016 (4 PM) |
| Check-out | Monday, August 29, 2016 (noon) |
| Your stay | 1 night, 1 room |

1  T. LOUIS PALAZZO, ESQUIRE
   Nevada Bar No. 4128
2  PALAZZO LAW FIRM
   A PROFESSIONAL LAW CORPORATION
3  520 South Fourth Street, Second Floor
   Las Vegas, Nevada 89101
4  Tele: 702/385-3850
   Fax:  702/385-3855

*Attorney for Defendant Mary Green*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.:  2:16-CR-0032-JCM-GWF |
|---|---|
| Plaintiff, | |
| vs. | |
| MARY GREEN | |
| Defendant. | |

### [PROPOSED] ORDER FOR DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL

IT IS HEREBY ORDERED that Defendant MARY GREEN'S Unopposed Request for Travel outside the state of Nevada to Phoenix, Arizona, to be present at a court hearing involving the adoption of a child with her partner for one night, beginning on August 28, 2016 and returning August 29, 2016, is hereby GRANTED.

DATED this __26__ day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE