T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855

*Attorney for Defendant Mary Green*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>MARY GREEN<br><br>             Defendant. | CASE NO.:   2:16-CR-0032-JCM-GWF |

### DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL

COMES NOW, Defendant, MARY GREEN, and hereby respectfully requests this Honorable Court issue an Order granting Defendant leave to travel outside the state of Nevada to South Florida, to accompany her daughter in furtherance of relocating to pursue a modeling career for one week, departing on October 25, 2016 and returning November 1, 2016.

Defense counsel has spoken to both AUSA Kimberly Frayn and Defendant's Pre-Trial Services Officer, Kamu Kapanui regarding the instant request and has supplied her travel itinerary related to the same. AUSA Frayn and Pre-Trial Services Officer Kapanui have no objection to said request.

DATED this 20th   day of October, 2016.

/s/ T. Louis Palazzo
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street
Las Vegas, Nevada 89101



**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 20th of October, 2016, I served an electronic copy of the above DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL to all parties of record, *via* CM/ECF.

/s/ Celina Moore
An Employee of Palazzo Law Firm, PC

T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855

*Attorney for Defendant Mary Green*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.:   2:16-CR-0032-JCM-GWF |
|---|---|
| Plaintiff, | |
| vs. | |
| MARY GREEN | |
| Defendant. | |

### [PROPOSED] ORDER FOR DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL

IT IS HEREBY ORDERED that Defendant MARY GREEN'S Unopposed Request for Travel outside the state of Nevada to South Florida, to accompany her daughter in furtherance of relocating to pursue a modeling career for one week, departing on October 25, 2016 and returning November 1, 2016, is hereby GRANTED.

DATED this 21st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE