BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV 89104
(702) 731-0000
admin@justice-law-center.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA;<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>MARY GREEN<br><br>　　　　　　　　　Defendant. | Case No.:   2:16-cr-0032-JCM-GWF<br><br>**[PROPOSED] ORDER FOR DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL** |

IT IS HEREBY ORDERED that Defendant Mary Green's Unopposed Request for Travel outside of the State of Nevada to Southern Utah for a biking event, departing on January 7, 2017 and returning later that day on January 7, 2017 is hereby GRANTED.

Dated this  5th  day of January, 2017.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE