BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV 89104
(702) 731-0000
admin@justice-law-center.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA;<br><br>      Plaintiffs,<br><br>vs.<br><br>MARY GREEN<br><br>      Defendant. | Case No.: 2:16-cr-0032-JCM-GWF<br><br>**[PROPOSED] ORDER FOR DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL** |

  IT IS HEREBY ORDERED that Defendant Mary Green's Unopposed Request for Travel outside of the State of Nevada to Scottsdale, Arizona, departing on the morning of May 8, 2017 and returning in the evening of May 8, 2017 is hereby GRANTED.

  Dated this 5th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1