BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV 89104
(702) 731-0000
admin@justice-law-center.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA;<br><br>                    Plaintiffs,<br>vs.<br><br>MARY GREEN<br><br>                    Defendant. | Case No.:   2:16-cr-0032-JCM-GWF<br><br>~~[PROPOSED]~~ **ORDER FOR DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL** |

   IT IS HEREBY ORDERED that Defendant Mary Green's Unopposed Request for Travel outside of the State of Nevada to Phoenix, Arizona departing on July 26, 2017 and returning on July 27, 2017 is hereby GRANTED.

   Dated this **27th** day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE