BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV 89104
(702) 731-0000
admin@justice-law-center.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA;<br><br>Plaintiffs,<br>vs.<br><br>MARY GREEN<br><br>Defendant. | Case No.: 2:16-cr-00032-JCM-GWF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL** |

IT IS HEREBY ORDERED that Defendant Mary Green's Request for Travel outside of the State of Nevada to Tucson, Arizona departing on November 17, 2017 through November 18, 2017 is hereby GRANTED.

Dated this 16th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1