BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV 89104
(702) 731-0000
admin@justice-law-center.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA;<br><br>　　　　　　　Plaintiffs,<br>　vs.<br>MARY GREEN,<br>　　　　　　　Defendant. | Case No.: 2:16-cr-00032-JCM-GWF<br><br>**DEFENDANT MARY GREEN'S UNOPPOSED REQUEST FOR TRAVEL** |

COMES NOW, Defendant, MARY GREEN, and hereby respectfully requests this Honorable Court issue an Order granting her leave to travel outside the state of Nevada to Jupiter, Florida, on February 13, 2018 through February 25, 2018 for the purpose of getting a medical surgery.

//

//

//

//

//

//

//

1

To date, Ms. Green has been compliant with all terms of her supervised release. The Defense has spoken to both AUSA Robert Knief and Defendant's Pre-Trial Services Officer, Austin Allison regarding the instant request. AUSA Knief and Pre-Trial Services Officer Allison have no objection to this request.

Dated this 12th of February, 2018.

**JUSTICE LAW CENTER**

/s/ Bret O. Whipple
BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
1100 South Tenth Street
Las Vegas, Nevada 89104
Attorney for Defendant

# **CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 12th day of February, 2018 I served an electronic copy of the above DEFENDANT MARY GREN'S UNOPPOSED REQUEST FOR TRAVEL to all parties of record via CM/ECF.

　　　/s/ Tatum Wehr
Employee of Justice Law Center

BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV 89104
(702) 731-0000
admin@justice-law-center.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA;

                    Plaintiffs,

vs.

MARY GREEN,

                    Defendant.

Case No.:   2:16-cr-00032-JCM-GWF

**ORDER FOR DEFENDANT MARY GREEN'S REQUEST FOR TRAVEL**

    IT IS HEREBY ORDERED that Defendant Mary Green's Request for Travel outside of the State of Nevada to Jupiter, Florida departing on February 13, 2018 through February 25, 2018 is hereby GRANTED.

    Dated this 13th day of February, 2018.

                                                      UNITED STATES MAGISTRATE JUDGE