UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00032-JCM-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Return Passport – ECF No. 176) |
| MARY DIANE GREEN, | |
| Defendant. | |

Before the court is defendant Mary Green's Motion for Return of Passport (ECF No. 176). The court has considered the motion and the government's Response (ECF No. 177) which states that it has no objection to the return of Ms. Green's passport. Having reviewed and considered the matter,

**IT IS ORDERED** that defendant's Motion for Return of Passport (ECF No. 176) is **GRANTED**.

DATED this 7th day of November, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE