BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, NV 89104
(702) 731-0000
admin@justice-law-center.com
*Attorney for Defendant Mary Green*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>EMILE EDWARD BOUARI, et al.,<br><br>　　　　　　　　　　Defendant. | Case No.: 2:16-cr-0032-JCM-GWF<br><br>**STIPULATION TO MODIFY CONDITONS OF PRETRIAL RELEASE FOR DEFENDANT MARY GREEN** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT A. KNIEF, ESQ., Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, AND BRET O. WHIPPLE, ESQ., counsel for defendant MARY GREEN; that an order be entered modifying Defendant Green's conditions of pre-trial release.

　　　　Specifically, the parties signed herein stipulate and request an order removing condition (19) "The defendant shall not obtain a passport or passport card" (imposed by ECF No. 12) as it relates to Defendant Green.

　　　　Dated this 1st day of February, 2019

| JUSTICE LAW CENTER | UNITED STATES ATTORNEY'S OFFICE |
|---|---|
| */s/ Bret O. Whipple*<br>BRET O. WHIPPLE, ESQ.<br>Nevada Bar No. 6168<br>1100 South Tenth Street<br>Las Vegas, Nevada 89104 | */s/ Robert A. Knief*<br>ROBERT A. KNIEF, ESQ.<br>Assistant United States Attorney Counsel for USA |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>EMILE EDWARD BOURARI, et al.,<br><br>　　　　　　　　Defendant. | Case No.:　2:16-cr-0032-JCM-GWF<br><br>**ORDER APPROVING STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT MARY GREEN** |

　　　　IT IS THEREFORE ORDERED that the above stipulation is approved and that defendant MARY GREEN's conditions of pretrial release are modified, and that condition (19) stating that "The defendant shall not obtain a passport or passport card" is hereby removed and is no longer a condition imposed upon DEFENDANT MARY GREEN.

　　　　DATED AND DONE this 14th day of February, 2019.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE