UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>EMILE EDWARD BOUARI, et al.,<br><br>Defendant(s). | Case No. 2:16-CR-32 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *USA v. Bouari*, case no. 2:16-cr-00032-JCM-GWF.

On April 23, 2019, the parties filed a stipulation to continue motion deadlines and trial dates "to a date and time convenient to [the court], but no sooner than ninety (90) days." (ECF No. 207). This stipulation is the ninth request for continuance submitted by the parties. *See id.*

In granting the parties' previous stipulations to continue trial, the court has, on *three* occasions, instructed the parties that no further continuances will be granted absent a showing of good cause. *See* (ECF Nos. 158, 168, 184). Nevertheless, the parties' stipulation contains no more than a boilerplate list of reasons why counsel is not ready to proceed in this matter, including the need to conduct further investigation as to "pretrial issues. . ." (ECF No. 207). The court is not satisfied that the parties have demonstrated good cause for yet another continuance.

However, the court will grant the stipulation in order to adjust a scheduling conflict on the court's docket. The parties are advised that no further extensions of time will be granted in this matter. The additional time requested by the stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS ORDERED THAT the parties' stipulation to continue motion deadlines and trial dates (ECF No. 207) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED THAT the jury trial in case no. 2:16-cr-00032-JCM-GWF, *USA v. Bouari et al*, currently scheduled for Monday, May 6, 2019, at 9:00 a.m. be vacated and continued to **August 12, 2019 at 9:00 a.m.**

IT IS FURTHER ORDERED THAT the parties shall appear for calendar call on Wednesday **August 7, 2019 at 1:30 p.m.**

IT IS FURTHER ORDERED THAT no further extension of time will be granted in this matter.

IT IS SO ORDERED.

DATED April 25, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**