**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-32 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| MARY GREEN, | |
| Defendant(s). | |

Presently before the court is the government's motion to dismiss the indictment against defendant Mary Diane Green ("Green"). (ECF No. 247).

On July 10, 2020, this court presided over the pretrial diversion hearing as to defendant Green. (ECF No. 245). Pursuant to this court's determination and oral ruling, this court grants the instant motion. The indictment against defendant Green, (ECF No. 4), is dismissed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion to dismiss the indictment against defendant Mary Diane Green (ECF No. 247) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the indictment against defendant Mary Diane Green (ECF No. 4) be, and the same hereby is, DISMISSED.

DATED July 13, 2020.

_____
UNITED STATES DISTRICT JUDGE